[No. 401-2. Division Two. July 29, 1971.]

THE STATE OF WASHINGTON, *Respondent,* v. HENRY OTTO MELICH, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 39152, William F. LeVeque, J., entered October

2, 1970. *Affirmed* by unpublished opinion pursuant to RCW 2.06.040.